**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Valhalla Land Holdings, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | 25-80201 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | MidAmerica National Bank | Checking | 0245 | $229.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $229.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 15,000.00 | - | 0.00 | = .... $15,000.00 |
| | face amount | | doubtful or uncollectible accounts | |

| Debtor | Valhalla Land Holdings, LLC | Case number (If known) | 25-80201 |
|---|---|---|---|
| | Name | | |

**12. Total of Part 3.**     $15,000.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Misc. office furniture and equipment<br>(little if any liquidation value) | $5,232.00 | Tax records | $5,232.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**     $5,232.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | Valhalla Land Holdings, LLC | Case number (If known) | 25-80201 |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **PIN: 06-23-000-365 (Hancock County, State of Illinois) Vacant lot on approximately half acre<br>2947 E State Hwy 9, La Harpe, IL 61450 [Valuation based on assessment]** | Fee Simple (100%) | $30,000.00 | Tax records | $30,000.00 |
| 55.2. | **PIN: 06-23-000-380 & 383 (Hancock County, State of Illinois) 199.8 acres of farm ground<br>LaHarpe, Illinois [Valuation based on prior appraisal]** | Fee Simple (100%) | $2,100,000.00 | Appraisal | $2,100,000.00 |

**56. Total of Part 9.** $2,130,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | Valhalla Land Holdings, LLC | Case number (If known) | 25-80201 |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>General liability and crop loss policy<br>(Agriplus Insurance/Country Mutual) | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Valhalla Land Holdings, LLC | Case number (If known) | 25-80201 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $229.00 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $15,000.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $5,232.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. | **Real property.** Copy line 56, Part 9.........> | | $2,130,000.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $20,461.00 | + 91b.  $2,130,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,150,461.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Valhalla Land Holdings, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | 25-80201 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property　　12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **MidAmerica National Bank**<br>Creditor's Name<br><br>**130 N. Side Square**<br>**Macomb, IL 61455**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**Multiple accounts and notes**<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>PIN: 06-23-000-380 & 383 (Hancock County, State of Illinois)<br>199.8 acres of farm ground<br>LaHarpe, Illinois<br>**[Valuation based on prior appraisal]**<br><br>**Describe the lien**<br>Mortgage<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,483,122.00 | $2,100,000.00 |

**3. Total** of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.　　**$1,483,122.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ryan Baxter<br>McMillan, Hennefent & DeJoode PC<br>402 East Jackson Street<br>Macomb, IL 61455 | Line **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Valhalla Land Holdings, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | 25-80201 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Ameren Illinois<br>Credit and Collections<br>2105 E. State Route 104<br>Pawnee, IL 62558<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Denise S. Swanson<br>3010 E. County Road 2600<br>La Harpe, IL 61450<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Huston Accounting & Finance<br>P.O. Box 81<br>La Harpe, IL 61450<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$800.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Just Energy<br>5251 Westheimer Road, Suite 1000<br>Houston, TX 77056<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Possible utility account<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Valhalla Land Holdings, LLC | Case number (if known) | 25-80201 |
|---|---|---|---|
| | Name | | |

---

**3.5** **Nonpriority creditor's name and mailing address**
Kyle E. Swanson
3010 E. County Road 2600
La Harpe, IL 61450

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6** **Nonpriority creditor's name and mailing address**
Marsha Combs-Skinner
Chapter 12 Trustee
P.O. Box 349
Newman, IL 61942

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7** **Nonpriority creditor's name and mailing address**
Matthew K. Swanson
3010 E. County Road 2680
La Harpe, IL 61450

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder Loans and Expense Advances

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.8** **Nonpriority creditor's name and mailing address**
Sherri E. Swanson
2703 N. State Road 19
Peru, IN 46970

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.9** **Nonpriority creditor's name and mailing address**
Swanson Grain and Livestock LLC
3010 E. County Road 2680
La Harpe, IL 61450

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Loans/Advances

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.10** **Nonpriority creditor's name and mailing address**
Swanson Logistics
3010 E. County Road 2600
La Harpe, IL 61450

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Loan

Is the claim subject to offset? ■ No ☐ Yes

$1,365.00

---

**3.11** **Nonpriority creditor's name and mailing address**
Zions Bancorporation
d/b/a Zions Bank
One South Main Street
Salt Lake City, UT 84133

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Part 3:** List Others to Be Notified About Unsecured Claims

| Debtor | Valhalla Land Holdings, LLC | Case number (if known) | 25-80201 |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Carissa Bryant**<br>**Tucker, Hartzell & Bryant**<br>**608 Wabash Street**<br>**Carthage, IL 62321** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jeana K. Reinbold**<br>**Attorney at Law**<br>**1119 S. 6th Street**<br>**Springfield, IL 62703** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Kip Shelby**<br>**Law Offices of Kip Shelby LLC**<br>**3523 W. Willow Knolls Drive**<br>**Peoria, IL 61614** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Kip Shelby**<br>**Law Offices of Kip Shelby LLC**<br>**3523 W. Willow Knolls Drive**<br>**Peoria, IL 61614** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Richard Whitman**<br>**The Whitman Law Office**<br>**203 E. Broadway**<br>**Monmouth, IL 61462** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,165.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,165.00 |

**Fill in this information to identify the case:**

Debtor name: **Valhalla Land Holdings, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known): **25-80201**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Cash/Crop rental agreement of $30,000 per year (oral)** | |
| | State the term remaining: **Year to Year** | **Swanson Grain and Livestock LLC**<br>**3010 E. County Road 2680**<br>**La Harpe, IL 61450** |
| | List the contract number of any government contract: | |

**Fill in this information to identify the case:**

Debtor name **Valhalla Land Holdings, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF ILLINOIS**

Case number (if known) **25-80201**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 | Matthew K. Swanson | 3010 E. County Road 2680, La Harpe, IL 61450 | MidAmerica National Bank | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Sherri E. Swanson | 2703 N. State Road 19, Peru, IN 46970 | MidAmerica National Bank | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Swanson Grain and Livestock LLC | 3010 E. County Road 2680, La Harpe, IL 61450 | MidAmerica National Bank | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |